April 9, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE FLEMING AND FLEMING & ASSOCIATES, L.L.P., Appellants

NO. 14-11-00611-CV          V.

SANDRA KINNEY, ON BEHALF OF MAYBELL SHELTON, ANNETTE RUIZ, MICHELLE LINDESMITH, ELIZABETH PARZANESE, HELEN SMITH BLAKENSHIP, RENEE GAONA, LANA BETH HERRON, ANNETTE VINCENT, CAROL MARTIN, AND SHIRLEY DANFORD, Appellees

This court today heard a motion for rehearing filed by appellees, SANDRA KINNEY, ON BEHALF OF MAYBELL SHELTON, ANNETTE RUIZ, MICHELLE LINDESMITH, ELIZABETH PARZANESE, HELEN SMITH BLAKENSHIP, RENEE GAONA, LANA BETH HERRON, ANNETTE VINCENT, CAROL MARTIN, AND SHIRLEY DANFORD. We order that the motion be overruled, and that this court's former judgment of February 28, 2013, be vacated, set aside, and annulled. We further order this court's opinion of February 28, 2013, withdrawn.

This cause, an appeal from the judgment in favor of appellees, SANDRA KINNEY, ON BEHALF OF MAYBELL SHELTON, ANNETTE RUIZ, MICHELLE LINDESMITH, ELIZABETH PARZANESE, HELEN SMITH BLAKENSHIP, RENEE GAONA, LANA BETH HERRON, ANNETTE VINCENT, CAROL MARTIN, AND SHIRLEY DANFORD, signed April 15,

2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellees, SANDRA KINNEY, ON BEHALF OF MAYBELL SHELTON, ANNETTE RUIZ, MICHELLE LINDESMITH, ELIZABETH PARZANESE, HELEN SMITH BLAKENSHIP, RENEE GAONA, LANA BETH HERRON, ANNETTE VINCENT, CAROL MARTIN, AND SHIRLEY DANFORD, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.